UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED
*September 04, 2024*
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | Criminal No.  **4:24-cr-472** |
| JORDAN DWAYNEL JACKSON § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
**(18 U.S.C. § 39A – Aiming a laser pointer at an aircraft.)**

On or about November 11, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JORDAN DWAYNEL JACKSON**

knowingly aimed the beam of a laser pointer at a Houston Police Department aircraft, to wit a helicopter, an aircraft in the special aircraft jurisdiction of the United States, or at the flight path of such an aircraft.

In violation of Title 18, United States Code, Section 39A and 2.

### COUNT 2
**(18 U.S.C. § 39A – Aiming a laser pointer at an aircraft.)**

On or about November 11, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JORDAN DWAYNEL JACKSON**

knowingly aimed the beam of a laser pointer at a Southwest Airlines aircraft, flight 2428, an aircraft in the special aircraft jurisdiction of the United States, or at the flight path of such an

aircraft.

In violation of Title 18, United States Code, Section 39A and 2.

A TRUE BILL

Original Signature on File
FOREPERSON

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

Steven Schammel
Assistant United States Attorney