USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

**HOUSTON DIVISION**

USAO Number: 2024R04880

Magistrate Number:

United States Courts
Southern District of Texas
FILED

*September 04, 2024*

Filed: Nathan Ochsner, Clerk of Court

No. **4:24-cr-472**

CRIMINAL INDICTMENT

Judge: **Rosenthal**

UNITED STATES of AMERICA
vs.

JORDAN DWAYNEL JACKSON

**ATTORNEYS:**
ALAMDAR S. HAMDANI, USA        (713) 567-9000
STEVEN SCHAMMEL, AUSA          (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

**CHARGE:** Cts. 1 and 2: Aiming a laser pointer at an aircraft. [18 USC § 39A and 2]

(TOTAL)
(COUNTS:)
( 2 )

**PENALTY:** Ct. 1 and 2: up to 5 years imprisonment and/or $250,000 fine: 3 years SRT; $100 SA.

☑ In Jail   Harris County Jail 701 N. San Jacinto St. Houston, TX 77002
☐ On Bond
☐ No Arrest

NAME & ADDRESS of Surety:

**PROCEEDINGS:**