UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
September 08, 2024
Nathan Ochsner, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | § § § § |
| v. | § § CRIMINAL NO: § |
| JORDAN DWAYNEL JACKSON | § § § § § § § § § § § § **4:24-cr-472** |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A  <u>CRIMINAL INDICTMENT</u>  has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

JORDAN DWAYNEL JACKSON

☒ DETENTION
☐ RELEASED ON CONDITIONS
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on September 4, 2024.

_____
UNITED STATES MAGISTRATE JUDGE